UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES,<br>Attorney General of the State of New York,<br><br>    Plaintiffs,<br><br>v.<br><br>HANDY TECHNOLOGIES, INC., d/b/a ANGI SERVICES,<br><br>    Defendant. | Case No. 1:25-cv-122<br><br>**JOINT MOTION TO ENTER STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF** |

Plaintiffs, Federal Trade Commission ("Commission"), and the People of the State of New York ("State of New York") by their attorney Letitia James, Attorney General of the State of New York (collectively, "Plaintiffs"), and Defendant Handy Technologies, Inc., d/b/a Angi Services ("Handy"), respectfully submit the attached proposed Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief ("Stipulated Final Judgment") to fully resolve this matter.

The complaint alleges that Handy violated the Federal Trade Commission Act, 15 U.S.C. § 45, New York Executive Law § 63(12), and New York General Business Law §§ 349 and 350 in connection with the advertising, marketing, promotion, or offering of household service job opportunities. *See* Doc. No. 1. Handy neither admits nor denies any of the allegations in the Complaint, except as specifically stated in the Stipulated Final Judgment, and that only for purposes of this action, it admits the facts necessary to establish jurisdiction.

The Stipulated Final Judgment would enjoin the alleged practices and provides for a

judgment of two million nine hundred fifty thousand dollars ($2,950,000) which Plaintiffs will use to redress consumers. The Stipulated Final Judgment was signed by Defendant and Plaintiffs' counsel. Plaintiffs and Defendant respectfully request that this Court enter the Stipulated Final Judgment.

Respectfully submitted,

| | |
|---|---|
| **FOR THE FEDERAL TRADE COMMISSION:** | **LETITIA JAMES**<br>**Attorney General of the State of New York** |
| */s/ Edward Hynes* | */s/ Clark Russell* |
| EDWARD HYNES | CLARK P. RUSSELL |
| New York Bar No. 4887584 | New York Bar No. 2848323 |
| DAVID ALEX | Deputy Bureau Chief |
| Texas Bar No. 24003256 | JORDAN S. ADLER |
| ANNE LEJEUNE | New York Bar No. 4605556 |
| Texas Bar No. 24054286 | Senior Enforcement Counsel |
| TAMMY CHUNG | |
| New York Bar No. 5745476 | Bureau of Internet and Technology |
| | New York State Attorney General |
| Attorneys Southwest Region | 28 Liberty St. |
| Federal Trade Commission | New York, New York 10005 |
| 1999 Bryan St., Ste. 2150, | (212) 416-8433 (voice) |
| Dallas, Texas 75201 | (212) 416-8369 (fax) |
| (214) 979-9381; ehynes@ftc.gov | |
| (214) 979-9370; dalex@ftc.gov | |
| (214) 979-9370; alejeune@ftc.gov | |
| (214) 979-9399; tchung@ftc.gov | |

**FOR DEFENDANT HANDY TECHNOLOGIES, INC., d/b/a ANGI Services:**

_____
Jennifer Barrett
Manisha M. Sheth
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016

Dawn Y. Yamane Hewett
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Counsel for Handy Technologies, Inc.