## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>and<br><br>THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>HANDY TECHNOLOGIES, INC., d/b/a ANGI SERVICES,<br><br>Defendant. | Case No. 1:25-cv-122<br><br>MOTION FOR ADMISSION PRO HAC VICE |

    Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Anne LeJeune, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel to Plaintiff Federal Trade Commission in the above captioned action.

    I am in good standing with the State Bar of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I was admitted to practice before the courts of the State of Louisiana and was continuously in good standing until becoming voluntarily inactive. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmissions by any court. I have attached a declaration pursuant to Local Rule 1.3 and 28 U.S.C. § 1746.

                                                                            Respectfully submitted,

Dated:  January 7, 2025          /s/ Anne LeJeune
                                                         ANNE LEJEUNE (*Pro Hac Vice*)
                                                        Texas Bar No. 24054286
                                                        Federal Trade Commission Southwest Region
                                                        1999 Bryan St., Ste. 2150
                                                        Dallas, Texas 75201
                                                        (214) 979-9370; alejeune@ftc.gov

                                                        *Counsel for the Federal Trade Commission*