**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> and <br><br> THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, <br><br> Plaintiffs, <br><br> v. <br><br> HANDY TECHNOLOGIES, INC., d/b/a ANGI SERVICES, <br><br> Defendant. | Case No. 1:25-cv-122 <br><br> **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Anne LeJeune, hereby state:

1. I am an attorney for the Federal Trade Commission, Plaintiff in this proceeding.

2. I am admitted to practice before the courts of the State of Texas, and a copy of a certificate of good standing from the Texas Supreme Court is attached.

3. I have been admitted to practice before the courts of the State of Louisiana and, until becoming voluntarily inactive, was continuously in good standing. A copy of a certification from the Louisiana Supreme Court is attached.

4. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, or disbarred or denied readmission by any court.

7. I have prepared this declaration pursuant to Local Rule 1.3 and 28 U.S.C. § 1746.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2025.

                                                    *s/ Anne LeJeune*
                                                    ANNE LEJEUNE
                                                    Texas Bar No. 24054286
                                                    Federal Trade Commission Southwest Region
                                                    1999 Bryan St., Ste. 2150
                                                    Dallas, Texas 75201
                                                    (214) 979-9370; alejeune@ftc.gov

                                                    *Counsel for the Federal Trade Commission*

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Anne Dorman LeJeune**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of August, 2006.

I further certify that the records of this office show that, as of this date

**Anne Dorman LeJeune**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 16th day of December, 2024.

BLAKE HAWTHORNE, Clerk



*Clerk, Supreme Court of Texas*

No. 5581C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, KATIE MARJANOVIC, Chief Deputy Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### ANNE DORMAN LEJEUNE, ESQ., #24829

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the <u>18th</u> day of <u>April</u>, <u>1997</u>, A.D.; and was active, eligible, and in good standing continuously from this date of admission until becoming voluntarily inactive as of March 2, 2016; and is currently inactive, effective March 2, 2016.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 23rd day of December, 2024, A.D.

*Katie Marjanovic*
Chief Deputy Clerk
Supreme Court of Louisiana