UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>and<br><br>THE PEOPLE OF THE STATE OF NEW YORK,<br>by LETITIA JAMES,<br>Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>v.<br><br>HANDY TECHNOLOGIES, INC., d/b/a ANGI SERVICES,<br><br>Defendant. | Case No. 1:25-cv-122<br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |

The motion of Anne LeJeune for admission to practice Pro Hac Vice in the above caption action is GRANTED.

Applicant has declared that she is a member in good standing of the State Bar of Texas and that her contact information is as follows:

Anne LeJeune
Federal Trade Commission, Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75248
Tel: 214-979-9371
Email: alejeune@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel to Plaintiff Federal Trade Commission in the above caption action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
United States District Judge